MAUD H. LOYD, Respondent, *v.* THIRD AVENUE RAILWAYS COMPANY, Appellant.

Argued January 13, 1943; decided March 4, 1943.

*Alfred T. Davison, Addison B. Scoville* and *J. Stuart Riedel* for appellant.

*Stanley J. Harte* and *Sidney S. Allen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.